UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WAKE CHAPEL CHURCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **FINAL JUDGMENT** |
| | ) | **5:21-CV-114-M** |
| CHURCH MUTUAL INSURANCE | ) | |
| COMPANY, SI., | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's order entered on September 21, 2023 [DE 53], Defendant's Motion for Summary Judgment is GRANTED in part and DENIED in part.

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the jury verdict entered on September, 19, 2024 [DE 120], Plaintiff is entitled to recover from Defendant $1,100,000.00 in damages for the snow claim.

This Judgment filed and entered on July 19, 2024, and copies to:
Counsel of Record (via CM/ECF Electronic Notification)

July 19, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Kimberly R. McNally
Deputy Clerk